IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

OLYMPUS AMERICA INC.

    Plaintiff,

v.

FACTORY AUTHORIZED MEDICAL
SCOPE REPAIR, INC.

    Defendant

CASE NO.: 04- 3878

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT
★ FEB 2 5 2005
BROOKLYN OFFICE

## DEFENDANT'S ORIGINAL ANSWER

Defendant, Factory Authorized Medical Scope Repair, Inc., for its Original Answer states that it denies all and singular each and every allegation set forth in Plaintiff's Complaint.

WHEREFORE, Defendant Factory Authorized Medical Scope Repair, Inc. prays that Plaintiff's complaint be dismissed with prejudice, that Plaintiff take nothing that that Defendant recover its costs and such other relief as this Court deems just and proper.

FACTORY AUTHORIZED MEDICAL
SCOPE REPAIR, INC.

By: _____
Jeffrey Trank
President

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above Original Answer was sent by U.S. Mail this 9th day of February, 2005 to James E. Rosini, Kenyon & Kenyon, One Broadway, New York, New York 10004.

FACTORY AUTHORIZED MEDICAL SCOPE REPAIR, INC.

By: _____
Jeffrey Frank
President