CV 04-3878 (DRH)
OLympus America v. Factory Authorized Medical Scope

U.S. DISTRICT ...
SEP 2 3 2005

LONG ... OFFICE

**NOTICE**

Any objections to this Report and Recommendation must be filed with the Clerk of the

Court with a copy to the undersigned within ten (10) days of the date of this Report.  Failure to

file objections within this period waives the right to appeal the District Court's order.  *See* 28

U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e); *Beverly v. Walker*, 118 F.3d 900, 902 (2d Cir.

1997); *Savoie v. Merchants Bank*, 84 F.3d 52, 60 (2d Cir. 1996); *IUE AFL-CIO Pension Fund v.*

*Herrmann*, 9 F.3d 1049, 1054 (2d Cir. 1993); *Roldan v. Racette*, 984 F.2d 85, 89 (2d Cir. 1993);

*Frank v. Johnson*, 968 F.2d 298, 299 (2d Cir. 1992).


Dated: Central Islip, New York
       September 22, 2005



                                          _____
                                               MICHAEL L. ORENSTEIN
                                             United States Magistrate Judge